1  JENNIFER J. WALT, Bar No. 102026
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
4  Facsimile:   415.399.8490

5  Attorneys for Defendants BLUE SHIELD OF
   CALIFORNIA SEVERANCE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN BLAKE, DANNY K. LEE, and MARTHA E. HUBBARD, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA BLUE SHIELD OF CALIFORNIA SEVERANCE PLAN AND BRUCE G. BODAKEN, BLUE SHIELD OF CALIFORNIA SEVERANCE PLAN ADMINISTRATOR,<br><br>Defendants. | Case No. C-06-1582 MMC<br><br>**STIPULATION REGARDING DISMISSAL OF DEFENDANT BLUE SHIELD OF CALIFORNIA SEVERANCE PLAN ADMINISTRATOR AND BRUCE BODAKEN WITH PREJUDICE**<br>AND ORDER THEREON<br><br>Judge:   Hon. Maxine M. Chesney<br>Dept.:   Ctrm. 7 |

Plaintiffs JoAnn Blake, Danny K. Lee and Martha E. Hubbard, through their counsel Richard M. Rogers, and Defendant Blue Shield of California Severance Plan, through its counsel, hereby stipulate that the only necessary defendant in the above matter is Blue Shield of California Severance Plan. The parties hereby stipulate that Defendant(s) Blue Shield of California Severance Plan Administrator and Bruce Bodaken are dismissed without prejudice. Defendant Blue Shield of California Severance Plan reserves all applicable defenses and arguments to the allegations asserted by Plaintiffs.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION REGARDING DISMISSAL OF DEFENDANTS WITH PREJUDICE             1                    Case No. C-06-1582 MMC

IT IS SO STIPULATED:

Dated: ~~April~~ May 9, 2006

JENNIFER J. WALT
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BLUE SHIELD OF CALIFORNIA
SEVERANCE PLAN

Dated: April 28, 2006

RICHARD M. ROGERS
MAYO & ROGERS
Attorney for Plaintiffs
JOANN BLAKE, DANNY K. LEE, and
MARTHA E. HUBBARD, on behalf of
themselves and all persons similarly situated

IT IS SO ORDERED:

Dated: May 11, 2006

HONORABLE MAXINE M. CHESNEY
United States District Judge

Firmwide:81034901.1 030530.1145

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION REGARDING DISMISSAL OF DEFENDANTS WITH PREJUDICE

2

Case No. C-06-1582 MMC