RICHARD M. ROGERS, #045843
MAYO & ROGERS
100 Bush Street, #2110
San Francisco, CA 94104
Telephone:   415/397-1515
Facsimile:   415/397-1540
Email:        RogersRMR@aol.com

Attorneys for Plaintiffs
JOANN BLAKE, DANNY K. LEE,
and MARTHA E. HUBBARD, on behalf of
themselves and all persons similarly situated

IT IS SO ORDERED
/s/ Maxine M. Chesney
Judge Maxine M. Chesney

Dated: May 26, 2006

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN BLAKE, DANNY K. LEE, and MARTHA E. HUBBARD, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA SEVERANCE PLAN AND BRUCE G. BODAKEN, BLUE SHIELD OF CALIFORNIA SEVERANCE PLAN ADMINISTRATOR,<br><br>Defendants. | CASE NO. C06-01582 MMC [ECF]<br><br>Case filed:    02/28/06<br>Trial date:    TBA<br><br>**NOTICE OF DISMISSAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs dismiss this action pursuant to FRCivP 41(a)(1).

Respectfully submitted,

Dated:   05/26/06             MAYO & ROGERS


By:   /s/ Richard M. Rogers
      RICHARD M. ROGERS
      Attorneys for Plaintiffs